# Exhibit A

Debtor Transferor: Bayou Steel BD Holdings, L.L.C.
Preference Period Transfers

| Vendor Name | Check Date | Transfer Date | Check Number | Wire Number | Transfer Type | Transfer Amount | Invoice Number | Invoice Date | Associated Invoice Amount |
|---|---|---|---|---|---|---|---|---|---|
| DELTA FABRICATION & MACHINE INC | | 7/11/2019 | | 2000095986 | Wire | $ 300,000.00 | 5100609925 | 4/4/2019 | $ 300,000.00 |
| | | | | | | | | | |
| DELTA FABRICATION & MACHINE INC | | 7/16/2019 | | 2000096020 | Wire | $ 364,478.00 | 1900042707 | 4/4/2019 | $ 183,750.00 |
| | | | | | | | 5100596592 | 4/4/2019 | $ 56,921.00 |
| | | | | | | | 5100596595 | 4/4/2019 | $ 31,815.00 |
| | | | | | | | 5100596596 | 4/4/2019 | $ 91,992.00 |
| | | | | | | | | | $ 364,478.00 |
| | | | | | | | | | |
| DELTA FABRICATION & MACHINE INC | 8/9/2019 | 8/13/2019 | 1034602 | | Check | $ 107,601.50 | 5100610292 | 4/19/2019 | $ 78,639.00 |
| | | | | | | | 5100610291 | 4/26/2019 | $ 28,962.50 |
| | | | | | | | | | $ 107,601.50 |
| | | | | | | | | | |
| DELTA FABRICATION & MACHINE INC | 8/16/2019 | 8/21/2019 | 1034627 | | Check | $ 137,147.95 | 5100613020 | 4/19/2019 | $ 137,147.95 |
| | | | | | | | | | |
| DELTA FABRICATION & MACHINE INC | 8/27/2019 | 9/3/2019 | 1034639 | | Check | $ 20,562.51 | 5100610293 | 4/19/2019 | $ 20,562.51 |
| | | | | | | | | | |
| | | | | | | $ 929,789.96 | | | $ 929,789.96 |