# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>DELTA FABRICATION & MACHINE INC.,<br><br>Defendant. | Adv. Proc. No. 21-50207 (KBO) |

## NOTICE OF INITIAL SCHEDULING CONFERENCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 16 of the Federal Rules of Civil Procedure and Rule 7016-1 of the Local Rules of Bankruptcy Practice and Procedure, an initial scheduling conference with respect to the above-captioned adversary proceeding will be held before the Honorable Karen B. Owens, United States Bankruptcy Judge, on **August 17, 2021 at 11:00 a.m. prevailing Eastern Time**

**PLEASE TAKE FURTHER NOTICE** that the scheduling conference will be held via Zoom videoconference and parties wishing to participate must register at the following link: https://debuscourts.zoomgov.com/meeting/register/vJIsde6tqzIrGCxK-_X7I9acxRimcwEyAYk

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

| | |
|---|---|
| Dated: July 22, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Peter J. Keane* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Andrew W. Caine (CA Bar No. 110345) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile:  (302) 652-4400 |
| | Email:    bsandler@pszjlaw.com |
| | acaine@pszjlaw.com |
| | pkeane@pszjlaw.com |
| | |
| | *Counsel to Plaintiff George L. Miller, Chapter 7 Trustee* |