# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 8/5/2021 |
| Case: 21−50207−KBO | Form ID: van416 | Total: 7 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| pla | George L. Miller | gmiller@mctllp.com |
| aty | Andrew W. Caine | acaine@pszyjw.com |
| aty | Bradford J. Sandler | bsandler@pszjlaw.com |
| aty | Brian M. Gottesman | bgottesman@bergerharris.com |
| aty | Gregory W. Hauswirth | ghauswirth@leechtishman.com |
| aty | Peter J Keane | pkeane@pszjlaw.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| md | Brian Gottesman | Berger Harris LLP | 1105 N. Market Street | 11th Floor | Wilmington, DE 19801 |

TOTAL: 1