# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1]<br><br>　　　　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DELTA FABRICATION & MACHINE INC.,<br><br>　　　　　　　　　　　Defendant. | Adv. Proc. No. 21-50207 (KBO) |

## NOTICE OF COMPETING PROPOSED SCHEDULING ORDERS

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.　On March 3, 2021, George L. Miller, appointed as the chapter 7 trustee (the "Trustee") of the Debtors' bankruptcy estates, filed the *Complaint for Avoidance and Recovery of Preferential Transfers Pursuant to 11 U.S.C. §§ 547 & 550* (the "Complaint") with the U.S. Bankruptcy Court for the District of Delaware (the "Court") against defendant Delta Fabrication & Machine Inc. (the "Defendant," and together with Plaintiff, the "Parties").

2.　Following agreed extensions, on April 5, 2021, Defendant filed its Answer.

3.　The Parties have discussed a form of scheduling order to submit in this matter but have been unable to agree on terms.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

DOCS_DE:235690.1 57095/002

4. Accordingly, attached hereto as **Exhibit A** is the form of scheduling order proposed by the Plaintiff and attached hereto as **Exhibit B** is the form of scheduling order proposed by the Defendant.

5. For the Court's benefit, attached hereto as **Exhibit C** is a redline comparison of each proposed scheduling order.

6. The Parties will be prepared to discuss the scheduling orders at the initial scheduling conference set for **August 17, 2021 at 11:00 a.m. (ET).**

Dated:  August 16, 2021                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:    bsandler@pszjlaw.com
          acaine@pszjlaw.com
          pkeane@pszjlaw.com

*Counsel to Plaintiff George L. Miller,
Chapter 7 Trustee*