**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| BAYOU STEEL BD HOLDINGS, LLC, *et al.*, ) | |
| ) | Case No. 19-12153 (KBO) |
| Debtors. ) | |
| _____ ) | (Jointly Administered) |
| ) | |
| GEORGE L. MILLER, in his capacity as ) | |
| Chapter 7 Trustee of BAYOU STEEL BD ) | |
| HOLDINGS, L.L.C., *et al.*, ) | Adversary Proceeding No. 21-50207 (KBO) |
| ) | |
| Plaintiff, ) | |
| ) | JURY TRIAL DEMANDED |
| vs. ) | |
| ) | |
| DELTA FABRICATION & MACHINE INC., ) | |
| ) | |
| Defendant. ) | |
| _____ | |

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of **DEFENDANT, DELTA FABRICATION & MACHINE INC.'S EXPERT DISCLOSURES** has been served upon counsel of record this 30th day of November 2021, via email and U.S. Mail, postage prepaid, as follows:

Bradford J. Sandler, Esq.
Andrew W. Caine, Esq.
Peter J. Keane, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*(Counsel to Plaintiff, George L. Miller, Chapter 7*
*Trustee for the Estates of Bayou Steel BD Holdings, L.L.C., et al.)*

                     /s/ Gregory W. Hauswirth