# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 7 |
| Bayou Steel BD Holdings, L.L.C., | Case No.: 19−12153−KBO |
| Debtor. | |
| George L. Miller, in his capacity as Chapter 7 Trustee of Bayou Steel BD Holdings, LLC, et. al. | **MEDIATION STATUS REPORT** |
| Plaintiff, v. | Adv. Proc. No.: 21−50207−KBO |
| Delta Fabrication & Machine, Inc., | |
| Defendant. | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

| | |
|---|---|
| _____ | Mediation sessions are scheduled to occur on |
| __X__ | A mediation session has not yet been scheduled. The mediator has not yet been able to secure an acceptable date and time for the participation of all counsel but will continue to work to schedule a date and time for mediation. Mediation will be unilaterally scheduled by the end of December if a mutually convenient time cannot be identified. |
| _____ | OTHER: |

Dated: December 10, 2021        */s/ Ian Connor Bifferato*
Ian Connor Bifferato (DE #3273)
The Bifferato Firm P.A.
1007 N. Orange Street, 4th Floor
Wilmington, DE  19801