IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| Bayou Steel BD Holdings, L.L.C., | : | Case No.: 19−12153−KBO |
| | : | |
| Debtor. | : | |
| | : | |
| George L. Miller, in his capacity as Chapter 7 Trustee of Bayou Steel BD Holdings, LLC, et. al. | : | **MEDIATION STATUS REPORT** |
| | : | |
| Plaintiff, | : | |
| v. | : | Adv. Proc. No.: 21−50207−KBO |
| | : | |
| Delta Fabrication & Machine, Inc., | : | |
| | : | |
| Defendant. | | |

  In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

  __X__  Mediation is scheduled to occur on 6/27/2022.

  _____  A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

  _____  OTHER:

Dated: May 16, 2022    Mediator

             _/s/ Ian Connor Bifferato_
             Ian Connor Bifferato (DE #3273)
             The Bifferato Firm P.A.
             1007 N. Orange Street, 4th Floor
             Wilmington, DE  19801
             Tel. (302) 225-7600
             E-mail: cbifferato@tbf.legal